STATE OF CONNECTICUT *v.* BIENVENIDO SANTIAGO
(12521)

FOTI, SCHALLER and CRETELLA, JS.

Argued November 1—decision released November 22, 1994

*Suzanne Zitser,* assistant public defender, for the appellant (defendant).

*James G. Clark,* assistant state's attorney, with whom, on the brief, were *John A. Connelly,* state's

attorney, *Margaret Gaffney Radionovas,* assistant state's attorney, and *Eve Brunts,* law student intern, for the appellee (state).

PER CURIAM. The judgment is affirmed.